IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   SEP 23 2024   ★

BROOKLYN OFFICE

UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NEW YORK

MARY BLANEY

AND

FRANCES LOMBARDI

V.

COUNTY OF NASSAU
TOWN OF OYSTER BAY
CARNELL T. FOSKEY
CHRISTOPHER POGGIALI
DENISE VEDDER
JOHN O'CONNOR
BETH MCKENZIE
PATRICK O'CONNOR
LISA DAVIS O'CONNOR

**Complaint for Violation
of Civil Rights**
(Non-Prisoner Complaint)

**Civil Action No. 24cv1134(HG)**

Jury Trial:  X  Yes  _____ No
(check one)

## I.     The Parties to This Complaint

### A. The Plaintiffs

Mary Blaney
2417 Welsh Road, # 21-216
Philadelphia/Philadelphia
Pennsylvania 19114
Phone: (215) 941-3142
Email: Marose84@protonmail.com

Frances Lombardi
2417 Welsh Road, # 21-216
Philadelphia, PA 19114
Phone: (347) 814-8886
Email: Marose84@protonmail.com

### B. The Defendants

County of Nassau
One West Street
Mineola, Nassau
New York 11501
Phone:

SEP 20 '24 PM4:18
REC'D IN PRO SE OFFICE

Email:

Nassau County Police Department
1490 Franklin Avenue
Mineola, Nassau
New York  11501
Phone:  (516)
Email:

Carnell T. Foskey
Co-Commissioner of Civil Service
Nassau County Civil Service Commission
40 Main Street, Suite 100
Hempstead, Nassau
New York  11550
Phone:  (516) 572-2696
Email:

226 Erie Road
West Hempstead, Nassau
New York  11550
Phone:

Christopher Poggiali
Highway Inspector, Town of Oyster Bay Highway Department
150 Miller Place
Syosset, Nassau
New York  11791
Phone:  (516) 677-5757
Email:

28 George Avenue
Hicksville, Nassau
New York 11801
Phone:
Email:

Denise Vedder
Communications Officer, Nassau County Legislature
1550 Franklin Avenue
Mineola, Nassau
New York  11501
Phone:  (516) 571-6200
Email:

1964 Oakland Avenue

2

Wantagh, Nassau
New York  11793

John O'Connor (retired Nassau County Detective)
Nassau County Police Department
1490 Franklin Avenue
Mineola, Nassau
New York  11501
Phone:  (516) 573-7210
Email:

Beth McKenzie (retired Nassau County Detective)
Nassau County Police Department
1490 Franklin Avenue
Mineola, Nassau
New York  11501
Phone:  (516) 573-7210
Email:

Patrick O'Connor
Consultant to Nassau County Office of Emergency Management
510 Grumman Road W.
Bethpage, NY  11710
Phone:  (516) 573-9600

428 Avalon Place
East Meadow, Nassau
New York  11554
Phone:
Email:

Lisa Davis O'Connor
428 Avalon Place
East Meadow, Nassau
New York  11554
Phone:
Email:

II.    Basis for Jurisdiction

Under 42 U.S.C. 1983, you may sue state or local officials for the "deprivation of any
rights, privileges, or immunities secured by the Constitution and [federal laws]."
Under *Bivens v. Six Unknown Named Agents of the Federal Bureau of Narcotics*, 403
U.S. 388 (1971), you may sue federal officials for the violation of certain
constitutional rights.

3

A. Are you bringing suit against (check all that apply):

X        State or local officials (a Section 1983 claim)

_____    Federal officials (a *Bivens* claim)

Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom or usage, or any State or Territory or District of Columbia." 42 U.S.C. Section 1983. If you are suing under Section 1983, explain how each defendant acted under color or state or local law.

III.    Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details, such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claims occur?

Nassau County, NY; Bronx County, NY; Queens County, NY; Essex County, NJ; Bergen County, NJ; Atlantic County, NJ; Philadelphia County, PA

B. What date and approximate time did the events giving rise to your claims occur?

February 2011 to the present

C. What are the facts underlying your claims? (For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)

Threats, harassment and stalking in person, through third parties, and by computer, phone and Internet by Carnell T. Foskey. The Defendants were dispatched by Carnell T. Foskey to terrorize me, my family, our family business MAROSE REALTY CORP and our employees, vendors and tenants. Foskey did this to get back at me for publishing on-line articles criticizing his poor job performance, lack of qualifications and relevant experience for and discrimination against women, Latinos, Jews, Muslims and other minorities and for abusing my then teenaged daughter from the bench in his prior job at Supervising Judge of Nassau County Family Court.

Ongoing vandalism of my home and other property we own at 1625 Benson Street, Bronx, NY 10461. On September 17, 2015, Nassau County Detective Beth McKenzie was caught on security camera incessantly ringing the bell to my

4

apartment (2F) and then violently kicking in the entrance door to the building lobby and shattering it into 1000 pieces. She did this to intimidate me.

Vandalism/destruction of glass in the entrance foyer to a building owned by our family real estate business of 55 years (MAROSE REALTY CORP) on May 31, 2024.

Dispatching thugs to burn down the home of Jazmary Plaza in Ansonia, CT in May 2020. Jazmary is the daughter of our super of more than 30 years at Marose Realty Corp.

On December 18, 2016, a young black man (who I had seen in the past on Prospect Ave in Westbury, NY) stalked our super, Santos Plaza and his wife Amanda Plaza, at their home at 1537 White Plains Road, Bronx, NY 10462. He threw them down a flight of stairs and then ran out of the building without even trying to rob them. Santos and Amanda were taken to the hospital by ambulance. They lost a week of work from their main outside jobs and the Christmas celebration was spoiled.

Foskey has dispatched Poggiali and other unknown people to stalk, harass and terrorize a family counselor that me and my family have been seeing intermittently since 2015, Dr. Regina Cofrin of Manhasset, NY.

In December 2023, they somehow managed to scramble and disrupt her Optimum Cablevision channels at her home. They did the same thing to my relatives who were then living in the home I own in East Meadow, Long Island, NY. They managed to follow me and Dr. Cofrin around by phone and to disrupt her cell phone service with static and by preventing calls from connecting and email messages from being received.

On January 2. 2024, at 6:40 p.m., while attending a counseling session at Dr. Cofrin's office at 333 Glen Head Road, Glen Head, NY 11545, I was stalked by phone by Christopher Poggiali and his fiancee Denise Vedder (the minions of former Nassau County Attorney Carnell Foskey). Christopher is friends with Keith Lizza (an Italian organized crime person whose family's company (Carlo Lizza & Sons) paves highways and roads in Nassau County) and has a no show job as a highway inspector for the Town of Oyster Bay. Denise (who is a former stripper and actress in porn movies that she and her fiancee Christopher used to make and sell online and who barely graduated Hicksville HS a year late in 1986 because of a serious substance abuse problem) is the former confidential assistant to Carnell Foskey when he was the Nassau County Attorney.. Denise currently works as a communications officer for the Nassau County Legislature.

On October 31, 2018 (Halloween) they brought a Ford Explorer to my sister's home (our childhood home) at 25 Country Court in Hicksville, NY 11801, drove it into her side yard and lit the car on fire! My sister had to call the fire department and the police to put out the fire and remove the car. My brother-in-law, who is a retired

NYPD homicide detective, went to the 2nd Precinct of the Nassau County Police to report this incident. In October 2023, when my sister ordered a copy of the police report, she received a letter from the Nassau County Police stating that there was no record of the incident.

My sister (a former NYC high school teacher and lawyer who graduated Hofstra Law School in 2003) currently works as a supervisor of the foster care unit at Nassau County CPS and fears that Carnell Foskey is going to fire her from her job. Foskey is currently Co-Commissiomer of Nassau County Civil Service.

On January 29, 2024 I had shipped Dr. Cofrin a new, clean prepaid cell phone from the postal store on West Avenue in Parkchester (the Bronx). Of course, I put a signature on it. A thug dispatched by Foskey camped out in her front yard, signed for the phone and absconded with it while she was at work!

As a result of some of the events discussed above, Dr. Cofrin has not been able to use her office in Glen Head since January 2024, although she is still obligated to pay the rent there. She's also a professor at LIU Post (my late father was a professor at LIU Brooklyn from 1963 until 2001) and at Hofstra, and she said that the schools keep changing her schedule even though classes started two weeks ago.

On or about May 13, 2024, while Dr. Cofrin's car was parked in the Hofstra University parking lot in Hempstead, NY for 10 minutes (while she went into her college department office to retrieve some books), one of the thugs dispatched by Foskey loosened the lug nuts on her tires. When she returned and started driving the car, she immediately noticed that something was wrong and stopped at a service station. The mechanic told her that the lug nuts had been tampered with, that this was very dangerous and that she could have been killed.

I have a number of police reports against Christopher and Denise with the Philadelphia Police, and in January 2024, they referred my case to the Northeast Detectives and to the Private Criminal Complaint Unit of the Philadelphia District Attorney.

I've been living in Philadelphia since 2017 because the harassment by this gang of thugs drove me out of my home in East Meadow, Long Island a Hempstead Town that I co-own with my late uncle/godfather and also out of the Bronx and North Jersey.

In January 2024, the Philadelphia DA Office told me to send Cease & Desist From Harassment Letters to Christopher and Denise by certified and regular mail. I did this on January 28, 2024, and the day after they received the letters, they hacked into the cell phone and fb messenger accounts of another mutual classmate who has been living in Florida for over 15 years (Anne Clark Turk). They proceeded to false impersonate Anne to contact me and other Hicksville classmates asking for money. They also were incessantly calling my cellphone from that number to track my location and verify my voice. I reported them to the 15th District Police in

Philadelphia in January 2024. I also contacted Anne's sister in Ronkonkoma (Suffolk County), NY, Peggy Clark Milazzo (a nurse) and told her what Christopher and Denise been doing and sent her screenshots of the text messages falsely impersonating her sister and asking for money.

Between October 2023 and January 2024, I had been in on-going contact the US Passport Office because my US Passport and passport card that they sent me had failed to arrive in the mail on two separate occasions.

Thankfully, I finally received the 3rd US passport that was sent by UPS on December 29, 2023, and I received the 3rd US Passport Card that was sent out in early February 2024.  The State Department then sent me a letter to notify me that they were providing me with one year of free identity theft monitoring because my federal documents had been repeatedly stolen out of the USPS mail.

In the fall of 2023, two social security cards en route to me were also stolen out of the USPS mail.

In October 2023, I visited the Social Security Office in Center City, Philadelphia, and applied for a new social security number. I gave them numerous police reports from 3 states spanning a period of 8 years in support of my application.

I requested a new social security number because I am a stalking victim. The stalking case was NOT domestic violence. It was political. I am being stalked by local Republican Party associates of former Nassau County, Long Island NY County Executive Ed Mangano who is now in federal prison in Massachusetts after being convicted on RICO charges.

Unfortunately, several months later, it was revealed that the stalking and terror case had taken on a dimension involving domestic violence inasmuch as it was revealed that my sister Allison Lombardi Worthington had once again been harassing me with nefarious friends of hers from the local saloons in the Hicksville, NY, area – two of whom are Christopher Poggiali and Denise Vedder.  I had to get a new Protection From Abuse Order against Allison this time from Philadelphia Family Court.  This is the second order of protection I have had to get against Allison in recent years.  In 2015 when I was at the Safe Horizons domestic violence/crime victims shelter in New York, I got an order of protection against Allison from Bronx Family Court.

The Protection From Abuse Order case from Philadelphia Family Court recently saw a very strange development.  We had a court date scheduled for August 20, 2024.  Two days before, my lawyer contacted me and told me that my sister had hired a lawyer and that her lawyer had written to the judge stating that he had extensive documentary evidence to submit in discovery and was requesting a postponement.  We did not object to the postponement.  I was told that the court would send me a new court date.  ***To date, I have NOT received a new court date***.

I never received a response from the SSA about the new Social Security number that I had requested.

7

In April 2024, I filed a separate federal lawsuit in Pennsylvania petitioning the Social Security Administration for a new social security number. I hired a lawyer to handle this case for me. On July 26, 2024, the SSA called me and told me that they had no record of the police reports that their clerk at Window 8 at the Center City Office in Philadelphia had scanned into their system in October 2023. They requested that I bring the police reports to their office a second time that day. I brought them there that very afternoon, I filled out a new affidavit describing the reasons that I need a new social security number, and the clerk at Window 8 scanned all my police reports into their system once again. I was told that I would be hearing from the SSA in a week or two. I never heard from anybody, and lawyer is handling the matter.

This is highly concerning because the people who are stalking me have in the past made use of my social security number to do this and they continue to do this now! These criminals received my Social Security number, my mother's maiden name and other identifying information that makes it possible for them to false impersonate for banking and credit purposes from my sister, Allison Lombardi Worthington.

More specifically, since January 18, 2024, Christopher Poggiali and Denise Vedder of Nassau County, Long Island, NY have stolen my debit card and stalked me to my apartment in Philadelphia. They also were stalking me by phone including sending text messages and pictures of themselves to a family counselor while I was physically at her office. They have also been sending abusive and threatening text messages to my phone.

On April 15, 2024, they shipped a wheelchair addressed to me to the house I own in East Meadow, NY. This is a symbolic threat in my cultural background that means that they are going to send a third party to assault or shoot me so that I will need to use a wheelchair.

When I ordered the documentation from Dr. Leonard's Co., I learned that they had paid $263.00 for the wheelchair with a Discover credit card in my name. I never had a Discover credit card. When I contacted Discover Financial, they informed me that the card had been opened in August 2015 (when I was in the Safe Horizons domestic violence and crime victims shelter in NYC) and that there is a balance owed of more than $8,500.00!

I filed a police report with the Philadelphia Police on July 6, 2024.

Christopher and Denise were my high school classmates. We used to live in the same area in Nassau County, Long Island, NY for many years until I was forced to move away in 2015. Allison still lives in that area at 25 Country Court, Hicksville, NY 11801.

I spent the summer of 2015 at the NYC Mayor's Office Safe Horizons Program as a result Allison, Christopher and Denise stalking, terrorizing and harassing me with other nefarious people from three local saloons in the Hicksville, Long Island, NY, area. Then I moved to Essex County, NJ, but because they brought the terror campaign into New Jersey (less than 50 miles away from their neighborhood in Long Island, NY), I moved on to northeast Philadelphia in 2017.

*Christopher and Denise work political patronage jobs that they were given by the local Republican Party in Nassau County, NY. The activities and responsibilities of these jobs entail surveilling, stalking and harassing local citizens that the Republican Party there perceives as a potential threat to their power because they might publicize some of the nefarious things that are going on there. So they and various other associates of theirs are dispatched to terrorize and silence these people.*

*Recently, the current Nassau County Executive Bruce Blakeman has expanded this program by giving special deputy powers to licensed pistol holders in Nassau County (virtually all of whom are white men who are registered Republicans). He is in effect creating a private militia to surveil, stalk and terrorize political opponents to the local Republican Party in Nassau County, NY. He claims that Nassau County needs this militia in emergencies, but this is not accurate because Nassau County and NYS already have such an emergency organization – it is the National Guard.*

*For example, in February 2019, I had posted a foto and question on social media inquiring about the huge fleet of Nassau County Public Safety vehicles parked outside a building on West John Street in Hicksville, NY and their function and the need for spending government money on this. I received a fullsilade of abusive comments and threats, so I took the post down.*

There was also another situation involving Christopher Poggiali and a 3rd former classmate of ours from Hicksville HS, Anne Norene Pedicini. I don't know the particulars of that situation, but Anne's dead body was found in a burning vehicle at Jones Beach State Park in Wantagh, NY on March 17, 2017. At the time of Anne's death, her aunt Carol Gandolfo Pedicini was renting an apartment in the home I own with my late uncle, Peter Santomauro. Later that same night Christopher and Denise were observed breaking into my mailbox at 1537 White Plains Road, Bronx, NY 10462 with another former classmate of mine and Anne's from Hicksville HS in Long Island, NY. This other person was Lorna Mund (born 1969 and lives in Hicksville, NY) who served time in federal prison in Danbury, CT for drug trafficking with 5 years post release supervision. In November 2004, Lorna Mund was arrested in a narcotics trafficking safe house at 2835 Barker Avenue, Bronx, NY 10467 that was rented by a woman named Denise Saunders. Coincidentally, Esmelda Ramirez (the concubine of my sister's husband with whom he has 4 outside children) lives in that same building in Apt. 4E.

On May 18, 2020, Carol Gandolfo Pedicini was found dead in the apartment at 378 Avalon Place, East Meadow, NY 11554 that she was renting from me starting in 2009. Patrick and Lisa O'Connor had urged me on numerous occasions to stop renting this apartment to her because she was a real estate broker and was selling homes in the East Meadow community to non-white customers.. In the 6 months before her death, Carol went thru 3 different automobiles. One of them was a burgundy Kia Optima? that was burned on Front Street in East Meadow, NY 11554. Carol was a real estate broker who was selling many homes in the area to non-whites, and this was angering Patrick and Lisa O'Connor.

On December 9, 2023, Poggiali and Vedder somehow got into the business smart phone for Marose Realty Corp and harvested and re-sent a video I had received from a tenant (Amanda

Colon of 1537 White Plains Rd, Apt 4D, Bronx, NY 10462) to a group of other contacts in that phone. Frances Lombardi is the main shareholder of Marose Realty Corp, so this is one way that Frances was negatively affected by the terror and stalking campaign at issue in this case.

In 2023 and 2024, I had to change my personal phone number and we also had to change the business phone number for Marose Realty Corp several times because of stalking, harassment and the introduction of virus links by text and email that broke these phones.

*Christopher Poggiali lives at 28 George Avenue, Hicksville, NY 11801. He works as a highway inspector for the Town of Oyster Bay in Nassau County, Long Island, NY.*

*His fiancee (Denise Vedder) lives at 1964 Oakland Ave, Wantagh, NY 11793. She works as a communications officer for the Nassau County Legislature in Long Island, NY, and has access to the Nassau County IT office.*

I had to close my Wells Fargo checking account and debit card in May 2024 because Poggiali and Vedder repeatedly breached that account and used my debit card to make purchases on-line.

*Poggiali and Vedder (his fiancée) frequently travel between Long Island, NY and the Reading, PA area because Denise's parents Kenneth and Janice Froehlich Vedder and her sister Padget Vedder Brown live there.*

In May 2017 Christopher stole 2 cars from me and then vandalized the lug nuts on the tires of the 3rd replacement car. This resulted in a serious one car auto accident on June 4, 2017, on the Garden State Parkway in Bass River Township, New Jersey, that ultimately caused the death of the passenger Christian Silva of 4851 B Street, Philadelphia, PA 19120  On November 2, 2017, Silva collapsed and died outside his family's home because of a complication from the broken back he got in the car accident and had had an emergency operation for at Cooper University Medical Center in Camden, NJ. A bone fragment had gotten loose in the bloodstream as a result of the broken back, and it eventually caused the fatal aenurysm.  Silva was 31 years old, had graduated from Olney Charter High School in Philadelphia, and worked as a spackler in construction.  He left behind two children, his parents and 3 brothers.

In January 2024, I was trying to have a telephone counseling session with Dr. Regina Cofrin at 516-318-1535 at 6 pm. We kept calling each other by phone but someone was disrupting the phone signals and the calls in both directions kept automatically going to the voicemail.

Then I received the attached harassing text messages from the 973 area code where I used to live in Nutley, NJ (from 2015 to 2017).

First the person called me a low life. I responded in Spanish that "Who's there. I don't think I know you.". The person then responded in Italian "What are you doing here?". This is very creepy because I was driving and had just crossed into Hempstead Town in Nassau County, Long Island, NY, when these text messages arrived. I responded "Do you know the Love of (Christ) the King?". Fortunately, I did not hear anything further from this person. But this person is very likely a former classmate and neighbor of mine Christopher Poggiali of 28 George

Avenue, Hicksville, NY 11801 because he knew my family and that we speak English, Spanish and Italian. This guy has been harassing me and my family and our real estate business in the Bronx, NY since 2015. I had orders of protection against him in the Bronx and in Newark, NJ in 2017 but they are no longer in effect.

But I am very concerned and disturbed that these criminals have been able to interfere with me and my family attending family counseling sessions by phone. We tried to call the counselor from my mother's phone and from my personal phone, and it still could not make the connection.

In 2017 I had two cars stolen in Philadelphia in a single month (May). One was my own car and the other was a Hertz rental car.

State Farm insurance settled the claim for the Ford Focus, the I had to pay $9,000.00 out of pocket for the stolen Hertz rental car.

I also had my car stolen in Nassau County, NY, in January 1993 from Roosevelt Field Mall. A week or two later, it was found stripped and burned on the side of the Belt Parkway in Brooklyn.

My family has a history of having been harassed by members of the Nassau County Republican Club dating back to the 1970s and 1980s when we were iiving in Hicksville, NY because my late father was a professor at a liberal Jewish led secular university that specialized in the education of minorities and single mothers (LIU Brooklyn), my mother was a teacher at a Spanish bilingual NYC public school in Brooklyn (PS 257K), and my uncle Peter Santomauro (who was a disabled veteran) was friendly with Bronx Democratic Politician Mario Biaggi's office an also with a man Mario Remo (who was head the local UFT NYC teachers union in the Bronx, NY). Back in the late 1970s and early 1980s my family had to put up with people from the local Republican Club coming to our house and telling us, "Everybody is Republican in Nassau County," and also following us around town in the summer when my mother was off from her teaching job in an effort to harass and intimidate us.

On December 31, 2023, I was contacted by Christopher Poggiali on Whats App. Apparently, he was running a scam about stolen cars. When he called me, he knew my name was Mary and he knew my phone number because he got it from my sister, Allison. He also knew that had a bank account at Wells Fargo.

In October 2023 I had filed a police report with the 2nd District Police about identity theft done on my old name Mary Blaney by a woman Doha Youssef who was working at Valley Bank at 371 Franklin Ave in Nutley, NJ. 07110. I faxed a copy of the police report to the Nutley Police Dept, and I was in communication with a Detective Dominic Argentieri there.

Christopher Poggiali and Denise Vedder have been terrorzing, stalking and harassing me and my family members since 2011. In 2011, Denise was sharing on social medial about how happy she was to have finally found a job and announced that she was going to be doing office work for Carnell Foskey, who was then the Nassau County Parks Commissioner. Denise was a divorced mother of 3 children and had fled an abusive, alcoholic ex-husband. I told her straight out to be careful of this Foskey because he has a history of abusing women and children from the bench

when he was a judge and supervising judge at Nassau County Family Court. I share this opinion briefly on social media, as is my right as an American. Denise and Christopher and a gang of theirs from the local saloons in Hicksville then started harassing me on social media; and I told them to mind their business and that I am entitled to my opinion and that they do not have to share or support my opinion, but they do not have the right to try to initimidate or silence me. I later closed that social medial account.

This should have been the end of it, but unfortunately, it was not because the Nassau County Republican Club have a list of people and businesses that oppose them and spread information and opinions that are against their political party, their local club and their behavior and activities. The nature of Denise's job as a confidential assistant was to provide information to Foskey and the Nassau Republic Party of the identities of these political dissenters and then Poggiali and others targeted then with terror, vandalism and harassment until they either be quiet or move away or both. Much of the information they gathered was through local saloons in Nassau County and even from running events with the Hicksville High School class reunions and alumni groups.

October 2014 - An unknown party driving a pick up truck stalked my husband Frank Blaney on the way home from his job at Newsday (where he worked the overnight ship in the machine shop from 2000 to 2018). This truck forced him off the Southern State Parkway and onto the grass. Once there, this truck purposely reversed and then drove forward to strike the car very hard. The rear bumper of the car was knocked off as a result.

February 2015 - Christopher Poggiali stalked my car to Irving Ave in Bushwick, Brooklyn, where I was working and removed the starter from my car.

July 1, 2015 - Raid and Seizure by Nassau County Police at 378 Avalon Place, East Meadow, NY 11554. A large contingent of Nassau County Police showed up at my house, walked me out in handcuffs and tried to have me committed to a psychiatric ward at Nassau University Medical Center based on a malicious false story. I ended up in the NYC Mayor's Office Safe Horizons anti-stalking program for several months. Then I moved to NJ.

I later learned that the people who were responsible for this raid were two white supremacists Patrick and Lisa O'Connor of 428 Avalon Place, East Meadow. NY 11554. From January to May 2015, Patrick and Lisa had been complaining about blacks and Latinos visiting our house on Avalon Place in East Meadow. They told us to "stop bringing blacks and Latinos here. You are destroying the neighborhood and the schools and soon nobody will want to live here anymore." Patrick had done some work for the Nassau County Office of Emergency Management and around 1990 had been dismissed from the NYPD before completing the probationary period.

Patrick and Lisa O'Connor had also been instrumental in harassing a lesbian married couple with two children with the last name Cali off the block and forcing them to move out of the community by targeting and harassing their daughter Zoe at Parkway Elementary School. This family moved out of East Meadow some time in 2014.

September 17, 2015 Nassau County Detective Beth McKenzie was caught on security camera

12

incessantly ringing the bell to my apt and then kicking in and shattering the entrance door to 1625 Benson Street, Bronx. We made a police report at NYPD PCT 45 in Throgs NECK. They told us the matter was referred to Internal Affairs Division because it involved a police officer but we never heard back from anyone.

November 12, 2015 Attempted Seizure of Amanda Plaza at 1537 White Plains Road, Bronx, NY 10462 by Nassau County Sheriff's Deputies. Amanda's husband Santos was then the super at that building, which is owned by my family's business Marose Realty Corp.

December 18, 2016 - Attack by mysterious assailant on Santos and Amanda Plaza at 1537 White Plains Road, Bronx. They were NOT robbed but were thrown down a flight of stairs and taken to the hospital by FDNY ambulance and lost a week of work due to injury.

January 2017 - NYPD narcotics squad raid on the home of Anthony Pascale at 1625 Benson Street. Apt. 2C, Bronx, NY 10461. Anthony was a disabled senior citizen who was recovering from heart surgery at his cousin's house in NJ at the time. The stalkers wrongly assumed that Anthony was our relative because he is the only person living in the building for 50 years and who has an Italian surname.

There was also a conspiracy to target, harass and drive me out of my job of 21 years at the NYC Department of Education. This was engineered by more nefarious Italian American Republicans from Long Island who used organized crime contacts working at the NYC DOE.

February 2017 Dr. Paul Miller a psychiatrist then practicing in Syosset, NY who had been treating some people who had been targeted by Nassau County Republicans was arrested on trumped up charges of improperly prescribing controlled substances and his medical license was temporarily suspended and ultimately revoked.

August 15, 2015 Denise Vedder, who was then employed as a confidential assistant to then Nassau County Attorney Carnell Foskey, sent me a threat by social medial (FB) "Don't forget who I work for (Foskey). He has more power than you know." I brought the printout of this threat to NYPD PCT 43 and made a police report. Then I shut down my Facebook account.

February 2018 - A car registered to me was given a $200 ticket for allegedly being parked too close to the fire hydrant in front of 378 Avalon Place, East Meadow, NY 11554 at 2 AM. This is a dead end street.

October 31, 2018. A burning vehicle was placed in the side yard of the home of my sister Allison Worthington at 25 Country Court, Hicksville, Nassau County, NY. The fire department came to put out the fire and she made a report to the Nassau County Police. This is the address that I lived at as a teenager and the address that Christopher and Denise knew as my family's home.

Denise Vedder and Carnell Foskey keep stalking my Facebook account that is associated with the cell phone number available to the public on NYC HPD PROS property registration system and getting it constantly censored and shut down. And they do this to any new account that has been created in connection with that phone number

13

March 2020. Two cars parked in the driveway of 378 Avalon Place, East Meadow, NY 11554 were broken into and a few inexpensive items were stolen.

May 2020 The home of Santos daughter Jazmary Plaza in Ansonia, CT mysteriously burned down. She and her family had to live in a motel for 6 months while the insurance company rebuilt the house.

March 2021. A mysterious fire at 1521 White Plains Road, Bronx, NY 10462 destroyed 2nd floor apartments in a building on the same row as the one my family owns at 1537 White Plains Road since 1969.

December 2022. A mysterious fire destroyed the only supermarket that is close to the building my family owns at 1537 White Plains Road. This supermarket was located on Leland Avenue between White Plains Road and Leland Avenue. On the same block is PS 102. My mother and her siblings attended this school and I used to attend their summer program in the 1970s. A recent former principal of PS 102 named Amanda Garcia (who is a black Latina) was installed as the principal of Parkway Elementary School in East Meadow in 2021 (the school my 4 children attended in Long Island). I do not know Amanda Garcia and was not involved in this in any way, but Ms. Garcia also attended LIU, the university my late father was a professor at. There was a racist,, undercurrent of hostility that Garcia was made the principal and that the East Meadow School District had a black superintendent named Kenneth Card. The remaining white families on my block in East Meadow (including the O'Connors and another neighbor Nina Buttafuoco Hand, who is a close cousin of Joey Buttafuoco of the Amy Fisher Case in Massapequa, NY) removed their children from public school around this time because they had complained that "the school is filling up with blacks, Latinos and Muslims."

These two guys from NYC DOE Dr. Peter Ianiello (the head of HR at the NYC DOE) of Valley Cottage, NY and Anthony Inzerillo (then principal of PS 199Q in Sunnyside, Queens and now District Superintendent of District 26 in Bayside, Queens) of Smithtown, NY set me up for an unjust and possibly illegal firing from my job of 21 years. They also had help from a lady Amanda Blatter (then principal of PS 204X in the Bronx) who lives in Dobbs Ferry, NY.

This all went down between October 2015 and January 2018.

The first incident took place in October 2015. Two white administrators from Nassau County who were working at the Pre-K program PS 378 in Queens (one was a woman with the last name Lee who I recognized from when my son had attended Pre-K at St. Bernard's School in Levittown, NY) put in a baseless complaint for incompetence as a substitute teacher against me. Coincidentally this occurred the day after I was in Bronx Family Court getting an order of protection against three relatives with criminal records and serious substance abuse addictions who had been harassing me. Two of the relatives that I got the order of protection against (Esther Blaney Kuhner and her son Fred Kuhner) were club owners who knew many police and local politicians in Nassau County. The other was my sister Allison Lombardi Worhtington, who is a Nassau County employee and is friends with Denise Vedder and Christopher Poggiali.

I was called to a hearing with Ianiello at the DOE offices in Brooklyn. A legit UFT rep was there to help defend my case and I was restored to my job.

14

By this time I had moved to Nutley, NJ (Essex County) and was trying to rebuild my life.

Before the hearing took place, I was contacted by the principal of PS 96 in Manhattan (who was another Italian American guy from Nassau County). He asked me to work at that school to fill in for their ESL teacher, who was ill with cancer. I worked at PS 96 in Manhattan from December 1, 2015, through January 26, 2016. I did not receive a paycheck and kept following up with the payroll secretary at the school. She kept contacting the central office of the DOE to try to find out what happened to my paychecks. On January 26, 2016, she informed me that the central office had told her that I was not paid and was not going to be paid because I was not eligible to work at the school.

I contacted the UFT (my union). They helped me file a payroll grievance, and I finally received the pay that they owed me in May 2016.

In the meantime, I had been restored to my previous job at NYC DOE SubCentral. I really didn't want to work there anymore, but I didn't have another job because I didn't have a NJ teaching certificate yet.

But I then got a substitute teaching certificate in NJ and started working in Nutley and Bergenfield, NJ.

Shortly after I began substitute teaching in Bergenfield Public Schools, there was a strange incident with a supervising teacher I was supporting in the private Tri Valley Autism Program that rents space in Roy Brown JHS there.  Her name was Laura Gallagher, and she was trying to pressure me into taking a teenaged autistic boy into a bathroom and help him pull down his pants!  I refused to do this, and later that day when we were on a class trip in Bogota, NJ, she threatened to write me up for insubordination.  I called the police on her and made a police report.  Later that day, I had the Bergenfield Police accompany me back to the school to turn in the keys and retrieve my possessions.  I never returned to that school district to substitute teach.

The first week I was working in Nutley Public Schools in May 2017, I was almost immediately terminated. It leaked out from the Superintendent's Office that they had received a phone call from a guy who claimed that I have been a call girl with a drug problem. This was a malicious lie, and I reported this guy (Richard Vuocolo Sr) to the Nutley Police and filed for an order of protection against him at court in Newark, NJ.

Then I decided to leave Nutley and moved to northeast Philadelphia.

In September 2024, I started a long term substitute teaching placement at Esperanza Academy Charter HS in North Philadelphia.  On September 5th and September 10, 2024, I notice a suspicious van parked by the school in the afternoon with a phone number from Long Island that was partially rubbed out and with a fictitious address in Farmingdale, NY printed on the side of the van.  This van was for a surveilliance company.  On September 6, 2024, as the students and I were leaving the building at dismissal, a strange guy appeared outside the store and was showing the students a silver pistol.  School security and the police responded.

15

Then a 16 year old female student showed me my name and former address in East Meadow, NY on her smart phone and began greeting me with, "Good morning, Miss Geral-dying." This student is a native speaker of English. I reported these incidents to the police on September 14, 2024, and asked the agency to change my placement to different school.

On July 19, 2024, a $1,000.00 USPS money order that I had sent to the lawyer handling my case to petition the SSA for a new SSN was stolen out of the FedEx package and fraudulently cashed by an unknown person. I have a US Postal Inspector Report for this and I reported them to the Philadelphia Police also. Since I have not heard back from the US Postal Inspector, I have written to my federal senator.

On March 30, 2017, the tenant who was renting the ground floor apt in my family's house in East Meadow, NY, from 2009 to 2020, Carol Pedicini, called me in Philadelphia to tell me that her niece Anne Norene Pedicini had been found dead in a burning vehicle in the parking lot of Jones Beach State Park on March 17th. Carol was so frightened that she had left to stay with her son in California immediately and was not able to attend the memorial service for her niece. The reason she had called me was that she wanted to know where to send the rent. I gave her my parents address then in Woodbury, NY.

In May 2017, I had been in court getting an order of protection against Christopher Poggiali (the guy suspected of having murdered Anne) because he had been harassing me and had stolen two cars from me.

On May 21, 2017, someone visited the apartment where my daughter Jacqueline Lang and her fiancee were then living in Lynbrook, NY. Jacqueline called me in Philadelphia and was quite upset that she was being harassed also. I told her to go speak to the NYPD at the 43rd Precinct in the Bronx. (My daughter was a teacher in the Bronx then.) Jacqueline begged me to come up from Philadelphia and meet her at the 43rd Precinct in the Bronx. And even though my car had just been stolen, I took an Uber all the way there from northeast Philadelphia to meet my daughter. I recall that when I got there, I went into the precinct and they let me use the restroom and then went outside to look for my daughter.

I was scheduled to substitute teach for the week of May 22, 2017 at PS 199Q in Sunnyside, Queens, because the principal's secretary Cheryl had reserved me for that week back in the winter. But I had been planning to come into the Port Authority by Greyhound Bus and stay at a friend's house in the Bronx that week.

What I did not know was that someone had played my daughter. I later learned that they had told her a false story that I was going to be arrested by narcotics detectives in connection with two tenants in the building my family owned at 1537 White Plains Road in the Bronx who had been dealing drugs. This was truly ridiculous, but my daughter fell for it. These people had told her that they were going to have an ambulance waiting on Story Ave by the precinct and that I should get in it and go to Lincoln Hospital to avoid getting arrested. I didn't voluntarily go with these people. In actuality, they popped out and grabbed me while I was walking down the block from the precinct to meet up with Jacqueline. In effect, they had used her to lure me to the Bronx.

16

This rogue ambulance crew (one guy was Albanian) dropped me off at the psych/addiction emergency room of Lincoln Hospital in the Bronx. As soon as I got there I told the doctor (a white Irish woman named Deidre O'Brien) that I need to call my job and tell them that I can't come in the next morning. She gave me some change and pointed me to a pay phone on the wall. I called the SubCentral telephone line and cancelled the assignment. Then I called the school directly and left a message on the answering machine that I could not come to work the next morning.

I was discharged and went back to Philadelphia. But Anthony Inzerillo (who I have heard is part of the Inzerillo crime family from Palermo, Sicily, that has had several members deported from the USA and also from Sicily for narcotics trafficking and other criminal behavior) put false charges against me that I was AWOL from my assignment at PS 199Q on May 22, 2017.

Peter Ianiello, the head of HR for the NYC Department of Education who was installed by Mayor Giuliani in 1997, is the son of the late Genovese crime family leader Matty the Horse Ianiello.  I am familiar with Matty the Horse although I never met him because my father's family lived in the Hell's Kitchen area of Manhattan and operated SRO furnished rooming houses there from the 1950s to the 1990s.  Ianiello Sr was in charge of the heroin, prostitution and live pornography rackets that destroyed the community there in the 1970s and 1980s.

In May 2017, The SubCentral computer system also called me and assigned me to work at PS 204X on University Ave in the Bronx. I accepted the assignment because I was supposed to finish the school year. Nothing unusual happened that day at the school and there were no problems or issues. However, on June 28, 2017, I received a letter that Amanda Blatter, the principal of PS 204X had put in a complaint that I was incompetent. I spoke to the Union rep and noted that I had translated Spanish/English for a parent in the office the day I was at the school and that I gather that this principal does not like Spanish speaking people (like me) who marry white (Anglo) men (like my husband). I was then working under the name Mary Blaney.

The Union rep told me to file a police report for harassment on the job due to race/ethnicity. So I went to the NYPD Precinct 46 and they gave me the police report against Principal Blatter.

After that I decided not to work for the NYC DOE anymore. In Sept 2017 I began substitute teaching in Pennsylvania and New Jersey.

However, I received a letter from the NYC DOE stating that I was terminated from my job there as of February 26, 2018, and am permanently barred from holding any kind of job in any type of school in the 5 boroughs. I have not lived there since 2015 so this is not important to me.

When I ordered the aided report for the FDNY ambulance ride to Lincoln Hospital of May 21, 2017, the city sent me the attached letter stating that they have no record of such an incident.

It is possible that Foskey, Vedder and Poggiali suspected that my late father (who died in 2021) was among the people who brought the federal authorities to Nassau County to surveil and arrest former Nassau County Executive Ed Mangano and other local Republican politicians on RICO charges because my dad had done work for the administration of President Gerald Ford in the

17

1970s (a study of the shoe industry) and he periodically had letters on economic issues published in Newsday. They wanted revenge.

In 2016, I had published an online article criticizing Carnell Foskey for lack of qualifications, poor performance and discrimination against other blacks, Latinos, Jews, Muslims and women in his prior position as Supervising Judge of Nassau County Family Court. They wanted revenge.

From 2009 to 2020 I had a tenant in a house I own in East Meadow named Carol Gandolfo Pedicini. On March 17, 2017, her niece Anne Norene Pedicini was found dead in a burning vehicle at Jones Beach. Christopher Poggiali is suspected of having murdered her because she too had spoken out against unfair and abusive treatment of herself and her children at Nassau Family Court. Anne was also a high school classmate of myself, Christopher and Denise and we all lived in Hicksville as teenagers. On May 18, 2020 Carol was found dead in my rental property at 378 Avalon Place, East Meadow, NY 11554. Her son claimed that she died of a sudden heart attack.

On July 28, 2023, I had to call the police on a bank clerk who disappeared with my driver's license and US Passport card for 20 minutes because it was very likely she was stealing my information for criminal purposes. The Nutley Police made her return my ID docs and then left. I left too. This criminal bank clerk then called the Nutley VOLUNTEER Ambulance Squad and told them an outright lie that I had threatened to kill everyone in the bank. She did this to get back at me for calling the police on her. As a result of her false report, I was physically kidnapped from the parking lot by the volunteer ambulance squad and ended up being illegally detained on false pretenses at Carewell Health Medical Center.  I cannot discuss this matter in further detail here because it is the subject of a separate federal court case I have brought in New Jersey. But I can add that the Nutley, NJ Volunteer Ambulance Squad was disbanded by the government in the fall of 2022 because of misconduct toward minorities and for embezzlement of funds,  Unfortunately, they were permitted to reopen in 2023.

Also since 2015, my family's real estate business MAROSE REALTY CORP has had a lot of issues receiving payments from the rent subsidy programs. Our broker who is also a landlord and has been a community organizer in the South Bronx has not heard of other landlords in the area having these problems

After my house in East Meadow was raided in July 2015 and I was illegally detained in the psych/addiction Emergency Room of Nassau University Medical Center it was not safe for me to continue living in Nassau County.  I ended up at the NYC Mayor's Office Safe Horizons program for several months and then moved to NJ. I was out of my home for nearly a year, it cost us thousands of dollars, permanently damaged my 4 children and nearly broke up my marriage.

The harassment and lack of police response continues until the present day as in the summer of 2023, someone made several false reports to CPS against me, my husband and my 93 year old mother who lives with us regarding my 17 year old daughter, unknown parties acquired a prepaid cell phone and fraudulently registered it in my name.  They then proceeded to make more than 40 crank calls to the Nassau County Police trying to swat me (send police to my home on false pretenses). My 32 year old daughter brought my phones to the 1st precinct on August 9, 2023 to prove that these calls did NOT come from my phones, but the police refused to accept the

18

evidence or investigate and just told her that I was a nut and was doing this.

In the fall of 2015, unknown parties kept calling Hempstead Town Code Enforcement making false reports that I don't have permits for my shed, fence and pool, and the building department made me provide the blueprints and paperwork from the architect a second time. Cars parked in my driveway were broken into and rifled through and small items stolen. Trash was regularly found on my front step in the morning despite that we are on a dead end street and my front step is 30 feet from the street. My 17 year old daughter was blacklisted for employment in East Meadow in the fall of 2023.

Because of the way the police have treated me I am actually afraid to call or visit them to make a police report because I fear they will lock me up for another "psychiatric evaluation,"

I don't have a criminal record. I am a college graduate and teacher and operate a family real estate business (in the Bronx). I pay my taxes and don't disrupt the community. I do NOT deserve to be treated this way by the police and/or any other government officials.

When Nassau County Executive Ed Mangano and other local Republicans were convicted of RICO charges and sent to federal prison between 2017 and 2022, I was hopeful that these fools would stop harassing me, my family and our business.

Since 2015, several years our tenants who are formerly homeless people and disabled people (including veterans) on various rent subsidy programs have been continually having their rent subsidies cut off without explanation! This is happening with our tenants on the CITY FHEPS program, the NYCHA Section 8 and HPD Section 8 programs. This has resulted in us having to take these tenants to eviction court.

This situation had been escalating since August 2023. In August and September 2023, the NYCHA Section 8 money was cut off for the entire building without explanation! After I went to the NYCHA Section 8 Office at Fordham Plaza, they wired the rents for August and September into our bank account on October 2, 2023. However, they did NOT send the rents for October!

I went for another in person appointment at the NYCHA Section 8 office on October 26, 2023, and after investigating the situation at their end, the Section 8 office informed me that they could find no legitimate reason why the October money had not been wired into our bank account. They put thru a payment request and told me that the October rents would very likely come with the November rents. Today is November 1st, and no rent payments are showing up on the NYCHA Section 8 website nor in our bank account.

*The nefarious and criminal behavior of the people who have been targeting our family's small real estate business of 55 years in the Bronx, NY (Marose Realty Corp) have done ongoing harm to Frances Lombardi because she founded the business and has always been the majority shareholder.*

In the 2020-21 school year, I was teaching English as a Second Language to Latino migrant teenagers at a charter school in Uniondale, NY.). My first week at the school, an unknown party

19

sent a foto of a pistol to my phone while I was in the school building. I had to report this to the administration, and an AP called the phone number back and read then the riot act.

On April 8, 2021, a man who I do not know named Anthony Devoti of East Meadow, NY, stalked me by automobile to the empty parking lot of East Meadow High School at 6:30 a.m. He proceeded to T-bone my car with his large SUV. My teenaged daughter was in the passenger seat. The airbags opened and my car sustained more than $15,000 of damage. I ended up with permanent damage to the discs in my neck, and I have been getting orthopedic treatment and physical therapy for this condition ever since the accident.

On October 12, 2020, a car driven by my late father (Valdo) John Lombardi was hit by two cars in Hicksville, NY. My father was taken to Nassau University Medical Center by ambulance and spent several days there. His car was declared a total loss by the insurance company, and he decided to stop driving.

Between March 2020 and July 2024, vehicles driven by my husband, Frank Blaney, were hit 8 times in 8 separate accidents. As a result, State Farm canceled his auto insurance in October 2023 (after the 6th accident) despite that Frank has excellent credit and no moving violations/tickets. Frank had to give up his car as a result of this situation.

Interestingly, my sister Allison Lombardi Worthington of Hicksville, NY does not allow her two young adult children aged 18 and 23 to drive.

Back in 2015 I had made complaints to the NYS Commission on Judicial Conduct and to NYS senators and representatives about former Nassau County Arch Conservative Republican Family Court Supervising Judge Carnell Foskey and also about Judge Conrad Singer. In 2016, I published an on-line article on Linked In and other websites criticizing Foskey's lack of qualifications and poor performance and discrimination against women, Latinos, other blacks and Jews as Supervising Judge of Nassau County Family Court. In this article I outlined how Foskey put into action the same tactics used by law enforcement against blacks in the pre-Civil Rights American South and those used by organized crime in Southern Italy to harass, intimidate and take away the rights of local citizens in Nassau County. I also discussed the financial and social motives of the Nassau County Republican Party as being carried out by Foskey for constantly taking away custody of children from the mother when there is an employed father in the picture. (Foskey is a former tax lawyer who used to work in the Nassau County Budget Office and wanted to make these mothers and their children ineligible for a myriad of public benefits like rent and daycare subsidies, SNAP, Medicaid, utility assistance, etc., by removing them from the mother's household and placing them with the father, who usually earned too much money to qualify for these benefits.)

Even though I took the article down after two months in the hope that Foskey would stop harassing me, this did not happen.

I wrote the article because I was among the people that Foskey abused and discriminated against in his courtroom. He took custody of my then 14 year old daughter away from me and gave it to her white Anglo father who lived in NJ in 2005. My daughter did not want to go live with her

father and his alcoholic girlfriend, so I appealed to the Appellate Division in Brooklyn, NY. In September 2005, the Appellate Division in Brooklyn immediately and unanimously stayed his order. The case was then settled with my ex that my daughter should remain with me. But the entire court case took 3 years and cost $70,000 and nearly put me and my second husband into bankruptcy.

The antics carried out by Foskey to target me also resulted in my having to withdraw from Hofstra Law School because Foskey kept locking me up at Nassau University Medical Center in East Meadow and having me illegally detained by the Nassau County Police and Sheriff's Department on false charges that I had violated a Family Court order of protection that I had, in reality, never been served with nor received. This caused me to miss more than 5 days of classes at Hofstra Law School and thus required me to withdraw for the 2003-04 academic year per the requirements of the NYS Bar that students who miss more than one week of classes in law school cannot receive credit for the full academic year. These events occurred in September and October of 2003.

Although Hofstra Law School told me that it would preserve my partial scholarship and invited me to re-enroll the following year, by September 2004, this was impossible for me both financially and practically, because of all the legal bills I had to pay and the appointments I had to keep in court and with Dr. Peter Favaro (another criminal racketeer from a family with ties to organized crime who was running a business as a court forensic investigator and an IT expert in Port Washington, NY) and a psychiatrist and therapist I was ordered by the court to meet with weekly and monthy.

Ironically, the reason I had originally enrolled in Hofstra Law School in August 2003 is because it had proven impossible for me to find local employment in Nassau County in my original field (teaching); and it was a serious hardship for me to commute to Queens, Brooklyn or the Bronx for a full time teaching job becauseI had 4 children at home. So I decided to study to become a lawyer in the hopes that I could find a local job in that field, but this, too, was derailed by Carnell Foskey and the Nassau County Republicans.

Several years ago New York State intervened to stop Nassau County from choosing judges through local elections. Instead, since circa 2018, both local Republic and Democratic parties meet and select a judge that both can live with. As a formality, on Election Day, the name of that judge is run on all party lines on the ballot. This was a significant blow to the power of the local Nassau County Republican Party. And Carnell Foskey and his associates attribute some of the blame for this to me and my family.

I had also filed a federal lawsuit against Foskey, Vedder and Nassau County in 2017, but I later dropped it because I was afraid for my life and my family. I also dropped the initial 2017 lawsuit because my late father (a retired professor with a Ph.D. in Economics from Columbia University) had told me that things would calm down after the arrest of former Nassau County Executive Ed Mangano and other local Republican politicians in Nassau County that occurred later in 2017, and I trusted his opinion more than my own.

2\

From 2015 to 2017, I was viciously targeted at my job as a per diem substitute teacher at the NYC DOE with false charges of being AWOL from an assignment and being incompetent. As a result, I was fired in 2018 after 21 years of spotless service. They also denied my my pension from BERS. I chose not to pursue the matter because the Head of Human Resources for the NYC DOE (Dr. Peter Ianiello) is the son of Matthew ("Matty the Horse") Ianiello who died in 2012 in Old Westbury, Long Island, and was a verified leader of Italian American organized crime Genovese Crime Family, and I feared the consequences of complaining about his son.

Tenant rent subsidies that our family business (MAROSE REALTY CORP) relies on to house formerly homeless people from shelters from all different programs are constantly being cut without explanation. We sent many certified letters and emails and also sent the tenants themselves to the rent subsidy offices in person and also to Home Base offices with landlord letters trying to get their rent subsidies restored. But this did not happen, and we were forced to take these tenants to eviction court. This has created a lot of unnecessary stress for tenants (many with disabilities) and tied up the Bronx Housing Court for no good reason. The absence of this rent money is seriously threatening our business and could drive us out of business if not corrected. These are some of the cases that we had to bring as a result of the above:

**Francine Santiago - Index # 312080/22** 1537 White Plains Road, Apt. B, Bronx, NY 10462. This case took over a year, but she and her autistic daughter were finally restored to the CITY FHEPS program. Catholic Charities Home Base on Blackrock Avenue paid her rent arrears.

Francine is another suspicious tenant because she has 4 people living in a studio apartment – even after in the spring of 2024, we intervened with the Home Base Office on Black Rock Avenue in the Bronx that administers her CITY FHEPS voucher to have the issue a new voucher for a 2 bedroom apt for Francine and her family because of overcrowding but also because the plumbing below the floor of her apt rotted out after 96 years and the floor in the apartment is caving in and is dangerous. We had referred Francine to a broker Ely Colon to help find her a 2 bedroom apartment, and he found her a beautiful one near Parkchester in July 2024. However, Francine illogically went on to turn down this apartment with a ridiculous story that the closets were too small and decided to look for a new apartment on her own. To date, she has not been successful, and she took us to court for repairs. We wrote to her and arranged to rent a storage pod for her possessions and to send her and her family to a local motel for several weeks while the plumber and contractor dig up, remove and replace the rough plumbing under the floor and then reconstruct the apartment, but Francine declined to do this. She was in Bronx Housing Court on August 14, 2024, and the judge gave us a new court date in late October.

There is also a situation going on with the boyfriend of Francine's teen daughter Aileen Ruiz. The NYPD detectives from the 43rd Precinct have repeatedly taken him in custody during July an August 2024 incorrectly claiming that he is another man named Julio Ortega. The boyfriend is a light skinned young black man who is American and doesn't speak Spanish.

Throughout July of 2024, there was a white man continually visiting my secondary address at 1537 White Plains Road, Bronx, NY 10462 and telling my co-workers, tenants and neighbors there that I am a criminal and that he is seeking to arrest me for reasons he did not share with

22

anyone nor with me. This guy says that his name is Detective Flynn and that he works for the NYPD. This guy was also continually calling the business phone and threatening me with arrest. I reported the matter to the Bronx District Attorney's Office and to the Civilian Complaint Review Board of the NYPD and to the Internal Affairs Bureau of the NYPD.

**Yadira Tlatelpa - Index # 315873/23 -** 1537 White Plains Road, Apt. 2A, Bronx, NY 10462. This tenant (who works in a supermarket) and her two young daughters were cut off from CITY FHEPS early this year without explanation. We have not yet been able to get their rent subsidy restored.

**Norman Caijigas - Index # 315872/23 -** 1537 White Plains Road, Apt. 1C, Bronx, NY 10462. This tenant, who is disabled, was cut off by CITY FHEPS just a few months after he moved in. We have not yet been able to get his rent subsidy restored.

**Jazmine Ghee - Index # 313051/22 -** 1537 White Plains Road, Apt. 4D, Bronx, NY 10462. This tenant and her two children were cut off from CITY FHEPS but were able to transfer to another apartment in somebody else's house. We abandoned the case when they moved out.

**Natalie Rispoli - Index # 067046/17 -** 1537 White Plains Road, Apt. 1B, Bronx, NY 10462. This tenant was cut off by CITY FHEPS a few months after she moved in. Bronx Housing Court allowed her to accummulate roughly $30,000 in rent arrears because they claimed to have lost her file. Our lawyer, Mark Lazarus, was puzzled why this case was having such a problem and he ultimately had to file a special type of motion that he had never filed in his 40 years as a lawyer in order to get the case back on the calendar. This tenant was unusual because she was white and not Hispanic, and she had previously lived in Long Island. She ended up fleeing from the building because ACS was after her 9 year old daughter because of the mother's drug use. We dropped the case when she moved out and never collected the $30,0000 owed to us.

**Celidez Arvelo - Index # 311559/22 -** 1537 White Plains Road, Apt. 1B, Bronx, NY 10462. CITY FHEPS cut off this woman (who works as a hairdresser) and her two daughters (one of whom is disabled) without explanation. After over a year in housing court, CITY FHEPS paid her back rent and restored her rent subsidy.

**Jeniffer Diaz Abreu - I cannot find the index number -** 1537 White Plains Road, Apt. 1A, Bronx, NY 10462. FHEPS cut off this tenant without explanation. We took her to Housing Court and she was eventually put back on.

**Shakira Jones - I cannot find the index number -** 1537 White Plains Road, Apt. A, Bronx, NY 10462. This tenant and her three young daughters were cut off from CITY FHEPS without explanation. They managed to move to a different apartment in someone else's house, and we abandoned the Housing Court case when they moved out.

**Edna Ortiz - Index # 324256/23 -** 1537 White Plains Road, Apt. 4B, Bronx, NY 10462. This

tenant is disabled and was cut off by HRA over a year ago. Her case has been in Housing Court for nearly a year with no results.

**In August and September 2023, the entire building at 1625 Benson Street, Bronx, NY 10461 had the NYCHA Section 8 rent subsidies cut off without explanation.** Although we had changed banks, we had filed on time with NYCHA Section 8 the new direct deposit information, and they later confirmed that they had received it. I went for an in person appointment at NYCHA Section 8 on Fordham Road on September 27, 2023, and on October 2, 2023, NYCHA Section 8 deposited the August and September rent payments into the business bank account.

**However, NYCHA Section 8 did NOT deposit the October rents.** On October 26, 2023, I went for another in-person appointment at the same NYCHA Section 8 office. Although there is nothing wrong with my English, the NYCHA Section 8 office had inexplicably signed me up for a Spanish language appointment. When I got there, they told me that they had my name down as "Mary Pagan." This has NEVER been my name. (The only names I have had are Mary Lombardi, Mary Lang, Mary Blaney and now, after a legal name change in PA Geraldine Mary Cali.) But I know where this nonsense came from. Back in 2003-2006 when my child custody case with my ex-husband was being heard by Judge Foskey in Nassau Family Court, one issue that was discussed was my ex's conversion to Wicca and the pagan religion.

At this appointment, NYCHA Section 8 told me that they could NOT find a reason why the October rents for 1625 Benson Street had not been deposited. They put in a payment request and told me that they would be deposited with the November rent. Both the October and November rents for 1625 Benson Street were deposited into our business account on November 2, 2023. However, NYCHA Section 8 still created problems for certain individual tenants:

**Kisha Flores - VO # 0405791 1625 Benson Street, Apt. 1C, Bronx, NY 10461**. This tenant went to the NYCHA Section 8 office in October 2023 and gave them proof that she had been fired from her job and was not receiving unemployment. NYCHA Section 8 then updated her voucher to make her responsible to pay 100 percent of her own rent, when they should have done the opposite. The problem has NOT yet been corrected.

**Mike Cruz, VO # 12907433 1537 White Plains Road, Apt. A, Bronx, NY 10462.** This tenant is a disabled veteran. He received a move-in letter from NYCHA Section 8 for October 1, 2023, but his voucher number was never added to the Section 8 roster and the broker who got him the apartment, Ely Colon, 917 577 5309 was never paid. He has been back and forth from the NYCHA Section 8 office several times, and nothing has been done. He now has an appointment with Assemblyman Kenny Burgos on December 5, 2023, to try to resolve the problem. Failing this, we will have to take him to Housing Court also.

**Continual False Complaints to the Building Department**

False complaints were made that there was no heat in the entire building at 1625 Benson Street, Bronx, NY 10461 on November 3, 2023, November 4, 2023, and November 9, 2023. We know that this also came from Foskey and Vedder because they are the only ones with a motive to do this to us. As a result, I filed a police report from the NYPD PCT 45 in the Bronx on November

24

10, 2023. The lady answering the phone at the precinct kept putting me on hold for 20 minutes and not returning to the phone every time I called for the report number. But I eventually contacted the precinct commander by e-mail and he gave me the report number himself. It is 23-045-7844.

This is NOT the first time Foskey and Vedder have done this to us. Back in December 2015, I had made a report to the Bronx District Attorney because they sent three separate inspectors to three addresses connected to me in a single week in December 2015. One address was in Nassau County, NY, the other was 1537 White Plains Road in the Bronx and the third was 41 Ernest Street, Nutley, NJ in Essex County.

## Use of the FDNY to Target and Harass Us

In April and May of 2023, the FDNY came to inspect 1625 Benson Street and wrote us two summonses requiring some minor repairs and corrections. We took care of these things right away and received Cure Letters from the FDNY. This did not seem unusual and we thought that the matter was resolved.

However, on November 14, 2023, the FDNY came to inspect 1625 Benson Street again. And this time they inexplicably are requiring over $10,000 of repairs to bring the building into compliance! It sounds like Vedder and Foskey have a nefarious contact at the FDNY who is now targeting our building on their behalf.

## False CPS Reports Being Filed

This past summer someone made false reports made to CPS targeting me, my husband and my 93 year old mother, in relation to my 17 year old daughter, Rosemarie Blaney. My mother and my husband have since received letters from the CPS stating that their cases had been closed as unfounded, but I have not received this letter yet.

## False Missing Persons Reports Being Filed

Also, false missing persons reports were filed in Nassau County regarding me. As a result, I was stopped by the police in Belleville, NJ (Essex County) on July 11, 2023, and asked for ID. It was only then that I learned that I had been reported missing to the Nassau County Police in Long Island, NY. And the police in NJ then told the Nassau County Police where I had been located. This is a serious problem because the Nassau County Police are allowing nefarious unknown parties to track my whereabouts by making false missing persons reports relating to me. This results in my being stopped by police elsewhere and then my location is revealed to these nefarious people who made the false report!

## Crank Calls Trying to Swat Me With Police

I also learned from the 1st Precinct of the Nassau County Police that 45 crank calls were made in my name to the police there.

25

In addition, the Nassau County police were mysteriously sent to the home of a boy my teenaged daughter was dating John Amador of 791 Wenwood Drive, East Meadow, NY 11554 in July 2023 on unknown false pretenses.

**Front Door of Home and Business Office Destroyed**

On October 23, 2023, an unknown party broke down the front door to my home, which at that time was also serving as the business office for MAROSE REALTY CORP. I called 911 and the police came to make note of the destroyed door. We have since changed the business office for MAROSE REALTY CORP to 1451 West Avenue, # 115, Bronx, NY 10462.

**Theft of Social Security Card and US Passport**

Also my social security card and a US Passport and US Passport card were just stolen from my post office box near my other residence in Philadelphia, PA -- PO Box 45622 Philadelphia PA 19149 from the post office on Cottman and Bustleton Aves.

I visited the Social Security office on Ashton Rd in northeast Philadelphia on Friday November 17, 2023, and they told me that my social security card had been mailed to the PO Box on October 27, 2023. They also gave me the attached printout. They suggested that I open an online account and change my address that way to order a replacement card, which I am going to do.

On November 20, 2023, I spoke with Chase at the US Passport Agency at 1 877 487 2778. He said that the passport and passport card I had applied for at the post office on Rising Sun Ave in Philadelphia, PA on September 15, 2023, were mailed to my PO Box with a tracking number and delivered there on November 2, 2023.

I visit my post office box usually twice a week, and there is never any mail in it!

The Passport Service sent me the attached email with directions on how to apply for a replacement passport and card, and I just did this.

I also opened a new post office box at a UPS store.

**Hate Mail From Valley Bank**

From May 2023 through October 2023, when we filed a police report at the 1st Precinct of the Nassau County Police Dept. on October 14, 2023, our family business MAROSE REALTY CORP received over 50 harassing letters from Valley Bank where we used to have our business accounts. These letters are misaddressed to "Garbage Collect," and we never had anything to do with garbage hauling or private carting. The bank continued to send these letters to us even though we closed our accounts there on August 2, 2023, because they resent what they see as our role in bringing large numbers of non-white people to Nassau County, Long Island. We are a firm led by Latina females and virtually all our employees, tenants, clients and vendors are Latino, black, Muslim, Indian or Jewish. We wrote to the East Meadow Postmaster and the

26

Nassau County Police Commissioner. Only then did a Sergeant Richard Soto reach out to me and tell me that he would notify the 1st Precinct in Baldwin that I would be coming in to make a police report. And not withstanding this, when I actually went there to file the report the white Anglo female police officer at the desk didn't want to take the report and only did it very reluctantly after I showed her the email from Sergeant Soto and told her about his phone call.

## Suspicious Tenants Planted in a Building Owned by Marose Realty Corp

From 2019 to 2024, we had a suspicious tenant in the building our family owns at 1537 White Plains Road, Apt. 1A named *Jeniffer Pagan Soto Diaz Abreu*. She has many police reports against her at the 43rd Precinct and has been harassing and stalking 4 other tenants in that building.

In June 2023, Jeniffer adopted the name of a white former classmate of my sister's from Hicksville, Nassau County, Long Island, NY--Jennifer McCormack, who lives around the corner from my sister there. The CITY FHEPS rent subsidy checks for this tenant began arriving in that name. I had learned that Jennifer and Jacqueline McCormack (classmates of me and my sister) had recently moved back to Hicksville, Long Island from North Carolina.

I was concerned that some type of fraud was going on in our building. So on July 13, 2023, I brought the CITY FHEPS checks to the police in Newark, NJ and made a police report. I then returned those checks to CITY FHEPS with a letter of explanation.

I told this Jeniffer that I needed to see NYS photo ID in the name of Jeniffer McCormack in order to accept those rent checks. About two months later she showed me a NYS driver's license in that name. But mail from the NYS Dept of Motor Vehicles arrived at the building for her in June 2024 and it was addressed to Jeniffer Diaz Abreu (NOT Jeniffer McCormack). Thus, it is highly questionable how this woman got a NYS driver's license in the name of Jeniffer McCormack.

*Natalie Rispoli*, who lived in Apt. 1B at 1537 White Plains Road, Bronx, NY 10462 was also a suspicious tenant who was very likely put there to harass us. She lived in the building from 2016 to 2018, she admitted that she used to live in Long Island. Her previous name was Natalie Pendleton, she was white and did not speak Spanish, which is very unusual for that neighborhood. She was placed in our building by the CITY FHEPS program in 2016, and after they paid us the first 4 months' rent up front, they stopped paying the rent on the apartment and just left the tenant there with her 9 year old daughter. We had to take her to Bronx Housing Court, and our lawyer at the time Mark Lazarus kept telling me that bizarre things were occurring in her case (e.g., the loss of her case file by the court) that were tremendously delaying the case and preventing it from being heard and preventing a decision from being made by the judge. Ms. Rispoli abandoned the apartment and fled the state in November 2018 after NYC Administration for Children's Services began seeking her 9 year old daughter and investigating Natalie and her husband Christopher Rispoli for drug use and not bringing the child to school. As a result, our family business, Marose Realty Corp, lost more than $30,000.00 of unpaid rent that could not be recouped.

In March 2017 Denise Vedder, Christopher Poggiali and Lorna Mund (who had returned from federal prison in Danbury, CT for drug trafficking) were caught breaking into my mailbox at 1537 White Plains Road and stealing my driver's license and NYC Dept of Ed paycheck. I complained to the Parkchester Postmaster, and they retaliated by having Mail delivery to the entire building suspended because the mailman (Temario Starks) had allegedly seen a cockroach in the hallway. I had to send a copy of an exterminator's bill to the post master in order to have mail delivery restored to the building. Then I wrote to Senator Chuck Schumer.

In November 2023, I made a police report at NYPD Precinct 45 regarding Denise Vedder of 1964 Oakland Ave, Wantagh, NY 11793. This police report was in regard to phone calls she had been making on an ongoing basis to the Building Department in the Bronx falsely claiming that the entire building was without heat and hot water on three separate occasions in a single week in November 2023.  These phone calls resulted in inspectors from the Building Department being repeatedly sent to the building my family owns at 1625 Benson Street, Bronx, NY  10461.  And although the inspectors did NOT find the conditions reported in the fraudulent phone calls, they managed to find other small infractions in the building to write violations for and they did this.

At present Denise is a communications officer for the Nassau County Legislature and Foskey is Co-Commissioner of Nassau County Civil Service on Long Island. I don't know how Denise got that job because she barely graduated from high school and her previous jobs were stripping in clubs and making and marketing pornographic films on the Internet with her fiancee Christopher Poggiali (a highway inspector for the Town of Oyster Bay in Nassau County).

I lived in Hicksville, Long Island, and the surrounding area from 1972 until 2015, and Denise and Christopher were my classmates there. They were always telling me that I need to move away because according to them "Spics and N--s are not allowed in Hicksville and neither are people who hang out with them." Christopher and Denise are White Supremicists and followers of the ideas of Adolf Hitler. The family of Denise's mother Janice Froehlich Vedder now of Reading, PA were German owners of large tracts of land in Eastern Nassau County dating back to the 1840s, and they have streets there named after them like Froehlich Farm Boulevard in Woodbury, Long Island.

In 2023 and 2023, Foskey's apparent contact that the Building Department in the Bronx has been sending a veritable fleet of inspectors to both buildings that my family owns.  Some of them have been writing housing code violations for conditions that don't exist in reality. Worse yet, when we certify these violations the Building Department has been invalidating the certifications -- claiming that I falsely certified that these conditions were corrected. It is a crime to falsely certify correction of a NYC housing code violation; and they are trying to have me falsely charged with a crime and falsely arrested on this basis!

I keep sending the building department certified letters with pictures proving that the violations in question have in fact been corrected and I am not receiving a response -- except for more inspectors being sent to the buildings on false pretenses.

I am documenting this situation with the US Attorney's Offices for the SDNY and EDNY and also for the Eastern District of PA. The federal government did NOT make enough arrests of

public officials in Nassau County violating the RICO laws and other federal laws re hate crimes there. They need to arrest Carnell Foskey, Christopher Poggiali and Denise Vedder.

## IV.    Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

They wore down my physical health and caused me to need medical treatment in the emergency room generally once a month. They gave me Post Traumatic Stress Disorder and caused me and my family emotional pain, suffering and anxiety. We have had to seek ongoing treatment from therapists and psychiatrists and have incurred substantial medical bills for this reason.

## V.    Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

We are asking for:
$5 million from Nassau County
$5 million from the Nassau County Police Department
$5 million from Carnell T. Foskey
$1 million from The Town of Oyster Bay
$1 million from Christopher Poggiali
$1 million from Denise Vedder
$1 million from John O'Connor
$1 million from Beth McKenzie
$1 million from Patrick O'Connor
$1 million from Lisa Davis O'Connor

We are asking the court to issue an order permanently forbidding all Defendants from trying to contact myself, my children, my mother, my sister, our employees, tenants and vendors, neighbors, medical treating professionals and forbidding them to speak our names or write about us.

## VI.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual

contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

## A.  For Parties Without An Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of Signing _Sept 18_____, 2024.

Signature of Plaintiff _Mary Blaney_____

Printed Name of Plaintiff: _Mary Blaney_____

Date of Signing _Sept 18_____, 2024.

Signature of Plaintiff _Frances Lombardi_____

Printed Name of Plaintiff: _Frances Lombardi_____

## B.  Diversity of Citizenship

### 1.  Citizenship of the Parties

Of which state is each party a citizen?

The Plaintiff, Mary Blaney, is a citizen of the Commonwealth of Pennsylvania.

The Plaintiff, Frances Lombardi, is a citizen of the Commonwealth of Pennsylvania.

The Defendant, The County of Nassau, is incorporated under the laws of the State of New York.

The Defendant, The Nassau County Police Department, is incorporated under the laws of the State of New York.

The Defendant, Carnell T. Foskey, is a citizen of the State of New York.

The Defendant, Christopher Poggiali, is a citizen of the State of New York.

The Defendant, Denise Vedder, is a citizen of the State of New York.

The Defendant, John O'Connor, is a citizen of the State of New York.

The Defendant, Beth McKenzie, is a citizen of the State of New York.

The Defendant, Patrick O'Connor, is a citizen of the State of New York.

The Defendant, Lisa Davis O'Connor, is a citizen of the State of New York.

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18,  2024,

upon:

Clerk's Office
Attention Pro Se Dept
225 Cadman Plaza East
Brooklyn, NY 11201

Mary Blaney
Mary Blaney

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Clerks office
Attention Pro Se Dept
225 Cadman Plaza East
Brooklyn, NY 11201

Frances Lombardi

Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

office of The County Atty
County of Nassau

One West Street

Mineola, NY 11501

Attn: Victoria LaGreca- Dep Town Atty


_Mary Blaney_

Mary Blaney

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Office of the County Atty
County of Nassau
One West Street
Mineola NY 11501
Attn: Victoria LaGreca, Dep Town Atty

Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Nassau County Police Dept
1490 Franklin Ave
Mineola, NY 11501

_Mary Blaney_
Mary Blaney

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Nassau County Police Dept
1490 Franklin Ave.
Mineola, NY 11501

Frances Lombardi
Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Carnell T. Foskey, Co-Comm of C.S

N.C. Civil Service Comm

40 Main St - Suite 100

Hempstead, NJ 11550

Mary Blaney

Mary Blaney

CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Carnell T. Foskey, Co-Comm of C S
N.C. Civil Service Comm
40 Main St - Suite 100
Hempstead, NY 11550

*Frances Lombardi*
Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18,  2024,

upon:

Christopher Poggiali
28 George Ave
Hicksville, NY 11 801

_____

Mary Blaney
**Mary Blaney**

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Christopher Poggiali

28 George Ave

Hicksville, NY 11801

_Frances Lombardi_
Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Denise Vedder, Comm. Officer
Nassau County Legislature
1550 Franklin Ave
Mineola, NY 11501

Mary Blaney
Mary Blaney

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Denise Vedder, Comm. Officer
Nassau County Legislature
1550 Franklin Ave
Mineola, NY 11501

_Frances Lombardi_
Frances Lombardi

CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

John O'Connor (Retired NC Detective)
c/o Nassau County Police Dept
1490 Franklin Ave
Mineola, NY 11501

*Mary Blaney*
Mary Blaney

CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

_John O'Connor (Retired NC Detective)_
_c/o Nassau County Police Dept._
_1490 Franklin Ave._
_Mineola, NY 11501_

_Frances Lombardi_

Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Beth McKenzie (Retired NC Det)
C/o Nassau County Police Dept
1490 Franklin Ave
Mineola, NY 11501

Mary Blaney

Mary Blaney

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Beth McKenzie (Retired NC Det.)
c/o Nassau County Police Dept.
1490 Franklin Ave
Mineola, NY 11501

Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Patrick O'Connor

428 Avalon Place

East Meadow, NY 11554

_____

Mary Blaney

**Mary Blaney**

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Patrick O'Connor
428 Avalon Place
East Meadow, NY 11554

_Frances Lombardi_
Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Lisa Davis O'Connor
428 Avalon Place
East Meadow, NY 11554

_____

Mary Blaney

**Mary Blaney**

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Lisa Davis O'Connor
428 Avalon Place
East Meadow, NY 11554

Frances Lombardi
Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Frank M. Scalera - Town Atty
Office of The Town Attorney
Town of Oyster Bay
Town Hall - 54 Audrey Ave
Oyster Bay NY 11771

Mary Blaney
Mary Blaney

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Frank M. Scalera - Town Atty
Office of The Town Atty
Town of Oyster Bay
Town Hall - 54 Audrey Ave
Oyster Bay, NY 11771

Frances Lombardi

## CERTIFICATION OF SERVICE

I, Frances Lombardi, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Jeffry Lesse-Deputy Town Atty
Office of The Town Atty
Town of Oyster Bay
Town Hall- 54 Audrey Ave
Oyster Bay, NY 11771

Frances Lombardi

Frances Lombardi

## CERTIFICATION OF SERVICE

I, Mary Blaney, certify that a copy of my Amended Complaint was served by First Class Mail on September 18, 2024,

upon:

Jeffrey Lesser - Deputy Town Atty
Office of The Town Atty
Town of Oyster Bay,
Town Hall - 54 Audrey Ave
Oyster Bay, NY 11771

Mary Blaney

Mary Blaney